FILED
January 4, 2021
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
v.
ANDREW KEFFER,
Defendant.

Case No. 2:19-cr-00228-WBS

ORDER FOR RELEASE OF PERSON IN CUSTODY

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release, ANDREW KEFFER, Case No. 2:19-cr-00228-WBS from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $25,000.00.

_X_ Co-Signed Unsecured Appearance Bond

___ Secured Appearance Bond

_X_ (Other) Conditions as stated on the record.

___ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 1/4/2021 at 2:45 p.m.

By: [signature]
Jeremy D. Peterson
United States Magistrate Judge