PHILLIP A. TALBERT
Acting United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 19-CR-228 WBS |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ANDREW KEFFER, | DATE: March 15, 2021 |
| Defendant. | TIME: 9:00 a.m. |
| | COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on March 15, 2021.

2. By this stipulation, defendant now moves to continue the status conference until May 17, 2021 at 9:00 a.m., and to exclude time between March 15, 2021, and May 17, 2021 at 9:00 a.m., under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has produced discovery associated with this case, which consists of approximately 390 pages of Bates labeled documents and includes, among other things, investigative reports, documents obtained from third parties, and audio recordings. All of this discovery has been either produced directly to counsel or made available for inspection and

copying.

b) Counsel for defendant desires additional time to consult with his client to review the discovery, conduct defense investigation, and discuss potential resolutions with his client. Defense counsel further represents that additional time is needed for defense preparation because the federal and state directives that have been in effect to slow the spread of COVID-19 have impeded the defense's ability to conduct investigation as to potential defenses in this matter.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 15, 2021 to May 17, 2021 at 9:00 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 9, 2021                                                PHILLIP A. TALBERT
                                                                                      Acting United States Attorney


                                                                                      /s/ SHELLEY D. WEGER
                                                                                      SHELLEY D. WEGER
                                                                                      Assistant United States Attorney


Dated:  March 9, 2021                                                /s/ TODD LERAS
                                                                                      TODD LERAS
                                                                                      Counsel for Defendant
                                                                                      ANDREW KEFFER


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  March 9, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE