| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | Acting United States Attorney |
| 2 | SHELLEY D. WEGER |
| | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| | Facsimile: (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 19-CR-228 WBS |
| Plaintiff, | AMENDED STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ANDREW KEFFER, | DATE: May 17, 2021 |
| Defendant. | TIME: 9:00 a.m. |
| | COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on May 17, 2021.

2. By this stipulation, defendant now moves to continue the status conference until July 26, 2021 at 9:00 a.m., and to exclude time between May 17, 2021, and July 26, 2021 at 9:00 a.m., under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has produced discovery associated with this case, which consists of approximately 400 pages of Bates labeled documents and includes, among other things, investigative reports, documents obtained from third parties, and audio recordings. All of this discovery has been either produced directly to counsel or made available for inspection and

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

| | |
|---|---|
| 1 | copying. |
| 2 |   b) Counsel for defendant desires additional time to conduct defense investigation, |
| 3 | discuss potential defenses with the defendant, and otherwise prepare the defense response to |
| 4 | the charged offense. |
| 5 |   c) Counsel for defendant believes that failure to grant the above-requested |
| 6 | continuance would deny him the reasonable time necessary for effective preparation, taking |
| 7 | into account the exercise of due diligence. |
| 8 |   d) The government does not object to the continuance. |
| 9 |   e) Based on the above-stated findings, the ends of justice served by continuing the |
| 10 | case as requested outweigh the interest of the public and the defendant in a trial within the |
| 11 | original date prescribed by the Speedy Trial Act. |
| 12 |   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, |
| 13 | et seq., within which trial must commence, the time period of May 17, 2021 to July 26, 2021 |
| 14 | at 9:00 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) |
| 15 | [Local Code T4] because it results from a continuance granted by the Court at defendant's |
| 16 | request on the basis of the Court's finding that the ends of justice served by taking such action |
| 17 | outweigh the best interest of the public and the defendant in a speedy trial. |
| 18 | **THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK** |

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 11, 2021                    PHILLIP A. TALBERT
                                       Acting United States Attorney

                                       /s/ SHELLEY D. WEGER
                                       SHELLEY D. WEGER
                                       Assistant United States Attorney

Dated: May 11, 2021                    /s/ TODD LERAS (by Shelley Weger as authorized on 5/10/2021)
                                       TODD LERAS
                                       Counsel for Defendant
                                       ANDREW KEFFER

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED. Moreover, the ongoing COVID-19 pandemic has led to the suspension of jury trials in this district since March 17, 2020, and the General Orders of this court issued in connection with the pandemic allow for continuances and the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), with no further findings required. General Orders 611, 612, 617, and 618. Additionally, the April 16, 2020 Order of the Judicial Council of the Ninth Circuit suspended the time limits of 18 U.S.C. § 3161(c) due to a judicial emergency in this district until May 2, 2021. See In re Approval of the Judicial Emergency Decl. in the E. Dist. of Cal., 956 F.3d 1175 (9th Cir. Judicial Council 2020).

Dated: May 11, 2021                    WILLIAM B. SHUBB
                                       UNITED STATES DISTRICT JUDGE