LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ANDREW KEFFER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW KEFFER,<br><br>Defendant. | Case No.: 2:19-cr-0228 WBS<br><br>REQUEST TO FILE UNDER SEAL AND PROPOSED ORDER<br><br><br>Date: May 19, 2021<br>Time: 2:00 p.m.<br>Court: Hon. Carolyn K. Delaney |

Pursuant to Local Rule 14(b), Defendant Andrew Keffer, by and through his Counsel, Todd D. Leras, respectfully requests an Order sealing his written response to the petition which includes excerpts of medical records and photographs depicting his physical condition while suffering from cellulitis. Mr. Keffer has a privacy interest in the records and photographs under the Health Insurance Portability and Accountability Act of 1996, 42 U.S.C. § 1320d-6.

The Court may order documents to be filed under seal. While the press and the public

REQUEST TO SEAL DOCUMENT
AND PROPOSED ORDER TO SEAL

have a presumed right of access to court proceedings and documents under the first amendment, this presumed right is not absolute. See Press-Enterprise Co. v. Superior Court, 464 U.S. 501 (1985). It can be overcome based on findings that sealing is essential to preserve higher values and is narrowly tailored to serve that interest. Id. From the Court's perspective, the controlling interest is to articulate along with findings specific enough that a reviewing court can determine whether the sealing order was properly entered. Id.

     Here, the Defense seeks to file his Response to the petition and the attached medical records and photographs under seal because of the nature of the information contained within it. The records and photos depict a recurring medical condition. Public disclosure of such information might adversely impact Mr. Keffer's future employment. On that ground it is requested that the Declaration of Attorney Todd D. Leras, Defendant's Response to the Petition, and the attached medical records, photographs and exhibits be filed under seal until further order of this Court.

                                          Respectfully Submitted,

Dated: May 19, 2021                   /s/  Todd D. Leras
                                         TODD D. LERAS
                                         Attorney for ANDREW KEFFER

# ORDER

Pursuant to Local Rule 141 and based upon the representations contained in Defendant's Request to Seal, IT IS SO FOUND AND ORDERED THAT, the DECLARATION OF ATTORNEY TODD D. LERAS, DEFENDANT'S RESPONSE TO THE PETITION AND THE ATTACHED MEDICAL RECORDS, PHOTOGRAPHS, AND EXHIBITS shall be sealed until further order of this Court.

Dated: May 19, 2021

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

REQUEST TO SEAL DOCUMENT
AND PROPOSED ORDER TO SEAL