PHILLIP A. TALBERT
Acting United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 19-CR-228 WBS |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ANDREW KEFFER, | DATE: July 26, 2021 |
| Defendant. | TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on July 26, 2021.

2. By this stipulation, defendant now moves to continue the status conference until September 20, 2021 9:00 a.m., and to exclude time between July 26, 2021, and September 20, 2021, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has produced discovery associated with this case, which consists of approximately 940 pages of Bates labeled documents and includes, among other things, investigative reports, documents obtained from third parties, and audio recordings. All of this discovery has been either produced directly to counsel or made available for inspection and

copying.

      b)    The government recently conducted additional investigation in this matter and produced further discovery to defense counsel.  Defense counsel desires additional time to review this additional evidence with his client and conduct any additional defense investigation that may be necessary, as well as additional time to discuss potential resolutions with his client and to otherwise prepare this matter for trial.

      c)    Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)    The government does not object to the continuance.

      e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 26, 2021 to September 20, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK**

4.	Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  July 20, 2021				PHILLIP A. TALBERT
						Acting United States Attorney


						/s/ SHELLEY D. WEGER
						SHELLEY D. WEGER
						Assistant United States Attorney


Dated:  July 20, 2021				/s/ TODD LERAS (by Shelley Weger as authorized on 7/20/2021)
						TODD LERAS
						Counsel for Defendant
						ANDREW KEFFER


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  July 21, 2021

						WILLIAM B. SHUBB
						UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

3