PHILLIP A. TALBERT
Acting United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 19-CR-228 WBS |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ANDREW KEFFER, | DATE: December 6, 2021 |
| Defendant. | TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on December 6, 2021.

2. By this stipulation, defendant now moves to continue the status conference until January 31, 2022 at 9:00 a.m., and to exclude time between December 6, 2021, and January 31, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has produced discovery associated with this case, which consists of approximately 979 pages of Bates labeled documents and includes, among other things, investigative reports, documents obtained from third parties, and audio recordings. All of this discovery has been either produced directly to counsel or made available for inspection and

copying.

   b) Defense counsel desires additional time to meet and confer with his client to review the discovery, discuss potential resolutions, to engage in plea negotiations with the government, and to prepare for trial if this matter does not otherwise resolve.

   c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 6, 2021 to January 31, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK**

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 30, 2021          PHILLIP A. TALBERT
                                   Acting United States Attorney

                                   /s/ SHELLEY D. WEGER
                                   SHELLEY D. WEGER
                                   Assistant United States Attorney

Dated: November 30, 2021          /s/ TODD LERAS (by Shelley Weger as authorized on 11/29/2021)
                                   TODD LERAS
                                   Counsel for Defendant
                                   ANDREW KEFFER

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: November 30, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE