1  PHILLIP A. TALBERT
   United States Attorney
2  SHELLEY D. WEGER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

7

8                IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO. 19-CR-00228 WBS

                        Plaintiff,        STIPULATION REGARDING EXCLUDABLE
12                                         TIME PERIODS UNDER SPEEDY TRIAL ACT;
                 v.                        FINDINGS AND ORDER
13
   ANDREW KEFFER,                          DATE: January 31, 2022
14                                         TIME: 9:00 a.m.
                        Defendant.         COURT: Hon. William B. Shubb
15

16

17                          **STIPULATION**

        Plaintiff United States of America, by and through its counsel of record, and defendant, by and

18 through defendant's counsel of record, hereby stipulate as follows:

19      1.      By previous order, this matter was set for status on January 31, 2022.

20      2.      By this stipulation, defendant now moves to continue the status conference until February

21 28, 2022 at 9:00 a.m., and to exclude time between January 31, 2022, and February 28, 2022, under

22 Local Code T4.

23      3.      The parties agree and stipulate, and request that the Court find the following:

24              a)      Counsel for defendant desires additional time to review the discovery, conduct

25 mitigation investigation, and confer with his client regarding the law, evidence, and potential

26 resolutions. In addition, the government recently produced additional discovery from follow-up

27 investigation that defense counsel will need time to review and discuss with his client.

28              b)      Counsel for defendant believes that failure to grant the above-requested

continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c)  The government does not object to the continuance.

d)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 31, 2022 to February 28, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK**

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  January 26, 2022                              PHILLIP A. TALBERT
                                                     United States Attorney


                                                     /s/ SHELLEY D. WEGER
                                                     SHELLEY D. WEGER
                                                     Assistant United States Attorney


Dated:  January 26, 2022                              /s/ TODD LERAS by Shelley Weger
                                                     as authorized on January 26, 2022
                                                     TODD LERAS
                                                     Counsel for Defendant
                                                     ANDREW KEFFER


**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  January 26, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE