PHILLIP A. TALBERT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW KEFFER,<br><br>Defendant. | CASE NO. 19-CR-00228 WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: February 28, 2022<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on February 28, 2022.

2. By this stipulation, defendant now moves to continue the status conference until March 7, 2022 at 9:00 a.m., and to exclude time between February 28, 2022, and March 7, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) Counsel for defendant desires this brief continuance to give him additional time to confer with his client about the evidence, law, Guidelines, and a potential resolution of this matter, and to otherwise prepare for trial.

b) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

account the exercise of due diligence.

        c)         The government does not object to the continuance.

        d)         Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        e)         For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 28, 2022 to March 7, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK**

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 23, 2022       PHILLIP A. TALBERT
                               United States Attorney

                               /s/ SHELLEY D. WEGER
                               SHELLEY D. WEGER
                               Assistant United States Attorney

Dated: February 23, 2022       /s/ TODD LERAS by Shelley Weger
                               as authorized on February 23, 2022
                               TODD LERAS
                               Counsel for Defendant
                               ANDREW KEFFER

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: February 23, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE