LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ANDREW KEFFER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>ANDREW KEFFER,<br><br>          Defendant. | Case No.: 2:19-cr-228 WBS<br><br>ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRE-SENTENCE INVESTIGATION REPORT DISCLOSURE SCHEDULE<br><br>Court:    Hon. William B. Shubb<br>Date:     August 15, 2022<br>Time:     9:00 a.m. |

The parties to this action, Plaintiff United States of America by and through Assistant

U.S. Attorney Shelley D. Weger and Attorney Todd D. Leras on behalf of Defendant Andrew

Keffer, submit this request to continue the Sentencing Hearing in the above-referenced matter,

presently set for August 15, 2022, to October 24, 2022.

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

Defense counsel requests the continuance.  Defense counsel needs additional time to prepare for the Sentencing Hearing.  The government does not object to the requested continuance and the assigned probation officer has confirmed her availability on the requested date.  The defense requests adjustment of the previously set disclosure schedule as follows:

1.  Draft Pre-Sentence Investigation Report Disclosure Date:  September 6, 2022;

2.  Informal Objections to Draft Pre-Sentence Report:  September 19, 2022;

3.  Final Pre-Sentence Report Date:   September 26, 2022;

4.  Motion for Correction Date:  October 11, 2022; and

5.  Reply Date:  October 17, 2022.

This request follows a guilty plea so an exclusi1on of time pursuant to the Speedy Trial Act is not required.  Assistant U.S. Attorney Shelley D. Weger approved of the proposed dates and authorized Todd D. Leras via email to sign this Stipulation on her behalf.

DATED:  August 9, 2022

By    */s/ Todd D. Leras for*
      SHELLEY D. WEGER
      Assistant United States Attorney

DATED: August 9, 2022

By    */s/ Todd D. Leras*
      TODD D. LERAS
      Attorney for Defendant
      ANDREW KEFFER

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

**ORDER**

The Sentencing Hearing in this matter is continued to October 24, 2022, at 9:00 a.m.  The Court adopts the modified Pre-Sentence Investigation Report disclosure schedule proposed by the parties.

IT IS SO ORDERED.

DATED:  AUGUST 10, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE