LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ANDREW KEFFER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-0228 WBS |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRE-SENTENCE REPORT DEADLINES |
| vs. | |
| ANDREW KEFFER, | |
| Defendant. | . |

Plaintiff United States of America, by and through Assistant U.S. Attorney Shelley D. Weger, and Attorney Todd D. Leras on behalf of Defendant Andrew Keffer, submit this request to continue the Sentencing Hearing in this matter from October 24, 2022, to December 12, 2022, and to modify the Pre-Sentence Investigation Report (PSR) disclosure schedule.

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

A draft PSR has been prepared in this matter, including a proposed revision disclosed to the parties in an email on October 18, 2022.  The defense requires additional time to respond to the draft PSR, including its response to the matter in the proposed email revision.  The assigned probation officer has confirmed her availability on the requested Sentencing Hearing date.  The government does not oppose the request.

It is therefore requested that the Court set a modified PSR disclosure schedule as follows:

1. Informal Objections to Draft Pre-Sentence Report:  November 7, 2022;

2. Final Pre-Sentence Report Date:   November 14, 2022;

3. Motion for Correction Date: November 28, 2022; and

4. Reply Date:  December 5, 2022.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required.  Assistant U.S. Attorney Shelley D. Weger has authorized Todd D. Leras via email to sign this stipulation on her behalf.

DATED:  October 18, 2022

By  */s/ Todd D. Leras for*
      SHELLEY D. WEGER
      Assistant United States Attorney

DATED:  October 18, 2022

By  */s/ Todd D. Leras*
      TODD D. LERAS
      Attorney for Defendant
      ANDREW KEFFER

ORDER CONTINUING SENTENCING HEARING AND MODIFYING PSR SCHEDULE

**ORDER**

The Sentencing Hearing, set for October 24, 2022, is vacated. The Sentencing Hearing in this matter is continued to December 12, 2022, at 9:00 a.m. The Court adopts the Pre-Sentence Report disclosure schedule proposed by the parties.

IT IS SO ORDERED.

Dated: October 19, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING SENTENCING HEARING AND MODIFYING PSR SCHEDULE