LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ANDREW KEFFER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>ANDREW KEFFER,<br><br>       Defendant. | Case No.: 2:19-cr-0228 WBS<br><br><br>REQUEST TO FILE UNDER SEAL AND ORDER<br><br><br>Date:  December 12, 2022<br>Time:   9:00 a.m.<br>Court:  Hon. William B. Shubb |

      Pursuant to Local Rule 141(b), Defendant Andrew Keffer, by and through his Counsel, Todd D. Leras, respectfully requests an Order sealing Exhibit A to his Sentencing Memorandum which includes excerpts of medical records regarding his physical condition in or about November 2018.  Mr. Keffer has a privacy interest in the records under the Health Insurance Portability and Accountability Act of 1996, 42 U.S.C. § 1320d-6.

REQUEST TO SEAL DOCUMENT
AND ORDER TO SEAL

The Court may order documents to be filed under seal. While the press and the public have a presumed right of access to court proceedings and documents under the first amendment, this presumed right is not absolute. See Press-Enterprise Co. v. Superior Court, 464 U.S. 501 (1985). It can be overcome based on findings that sealing is essential to preserve higher values and is narrowly tailored to serve that interest. Id. From the Court's perspective, the controlling interest is to articulate along with findings specific enough that a reviewing court can determine whether the sealing order was properly entered. Id.

Here, the Defense seeks to file Exhibit A to the Sentencing Memorandum, containing the attached medical records, under seal because of the nature of the information contained within it. The records depict a recurring medical condition and the contributing factors to the condition. Public disclosure of such information might adversely impact Mr. Keffer's future employment. On that ground it is requested that the Declaration of Attorney Todd D. Leras, Exhibit A to Defendant's Sentencing Memorandum containing the attached medical records be filed under seal until further order of this Court.

Respectfully Submitted,

Dated:  December 5, 2022                    */s/  Todd D. Leras*
                                                TODD D. LERAS
                                                Attorney for ANDREW KEFFER

REQUEST TO SEAL DOCUMENT
AND ORDER TO SEAL

**ORDER**

Pursuant to Local Rule 141(b) and based upon the representations contained in Defendant's Request to Seal, IT IS SO FOUND AND ORDERED THAT, the DECLARATION OF ATTORNEY TODD D. LERAS, EXHBIT A TO DEFNDANT'S SENTENCING MEMORANDUM CONTAINING ATTACHED MEDICAL RECORDS, shall be sealed until further order of this Court. Counsel for the defendant and the United States may view the sealed documents.

Dated: December 7, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

REQUEST TO SEAL DOCUMENT AND ORDER TO SEAL